# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trust, Alan S. | Bankruptcy Court | 09/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

290 Federal Plaza, 9th floor
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct professor of law | St John's University School of Law, Queens NY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2020 | Teaching - St Johns University School of Law | $8,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Association | 2/25/20 | Brooklyn, NY | attend bar ass'n event | reimbursement for actual out of pocket travel |
| 2. | American Bankr Institute | 3/2/20 | NY, NY | judge at a moot court competition | reimbursement for actual out of pocket travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmeriPrise (H) | | | | | | | | | |
| 2. Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 3. RVS Life Fixed (fully annuitized 12.30.19) | E | Distribution | M | T | | | | | |
| 4. AVZ- A (H) | | | | | | | | | |
| 5. Blackrock Total Ret. (was AMP) MAHQX | | None | | | Sold | 4/9/20 | J | | Loss |
| 6. Artisan High Income ARTFX | | None | | | Sold | 04/09/20 | J | | Loss |
| 7. Amer Cent Inflation Adjusted Bond AIAHX | A | Int./Div. | J | T | | | | | |
| 8. AVZ-A-NEW (H) | | | | | | | | | |
| 9. Inv. Opp DIsc ODIYX | C | Int./Div. | K | T | | | | | |
| 10. AMG Times Sq Small Cap TQTIX | B | Int./Div. | K | T | | | | | |
| 11. Inv Opp Int'l Grw OIGYX | B | Int./Div. | K | T | | | | | |
| 12. Casuseway Emerg Mkts Fund CEMIX | B | Int./Div. | J | T | | | | | |
| 13. DElaware Value FUnd DDVIX | | None | L | T | | | | | |
| 14. DWS Enhanced Commod Strat SKIRX | | None | K | T | | | | | |
| 15. Emerald Growth FGROX | C | Int./Div. | J | T | | | | | |
| 16. Harding Loevner Inst. Emerg Mkts HLMEX | B | Int./Div. | J | T | | | | | |
| 17. Hartford Scriders Intl MLT HFYYX | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loomis Sayles Gr. LSGRX | E | Int./Div. | L | T | | | | | |
| 19. PIMCO Total ret. PTTNX | A | Int./Div. | K | T | | | | | |
| 20. ISHARES Core S&P 500 ETF IVV | E | Int./Div. | M | T | | | | | |
| 21. ISHARES CORE US AGG BOND ETF AGG | C | Int./Div. | M | T | | | | | |
| 22. ISHARES RUSSELL 2000 ETF IWM | D | Int./Div. | K | T | | | | | |
| 23. ISHARES TRUST CORE MSCI ETF IEFA | C | Int./Div. | K | T | | | | | |
| 24. ISHARES CORE MSCI EMERGING ETF IEMG | C | Int./Div. | K | T | | | | | |
| 25. MFS New DIsc Value Fund NDVIX | A | Int./Div. | K | T | | | | | |
| 26. Metropolitan West Total Ret MWTIX | A | Int./Div. | L | T | | | | | |
| 27. Principal RE SEC Inst PIREX | | None | J | T | | | | | |
| 28. Vanguard RE ETF VNQ | | None | J | T | | | | | |
| 29. AVZ- L (H) | | | | | | | | | |
| 30. Inv. Opp DIsc ODIYX | A | Int./Div. | J | T | | | | | |
| 31. AMG Timesquare Int Sm TQTIX | A | Int./Div. | J | T | | | | | |
| 32. invesco Opp Int'l Growth OIGYX | A | Int./Div. | J | T | | | | | |
| 33. Cayseway Emerging Mkt CEMIX | A | Int./Div. | J | T | | | | | |
| 34. Delaware Value DDVIX | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DWS Enhanced Comm SKIRX | | None | J | T | | | | | |
| 36. Harding Loevner Inst Emrg HLMEX | A | Int./Div. | J | T | | | | | |
| 37. Hartford Schroeder MLT CP HFYYX | A | Int./Div. | J | T | | | | | |
| 38. ISHARES SP 500 IVV | C | Int./Div. | K | T | | | | | |
| 39. ISHARES CORE US BOND ETF AGG | A | Int./Div. | K | T | | | | | |
| 40. ISHARES RUSSELL 2000 ETF IWM | B | Int./Div. | J | T | | | | | |
| 41. ISHARES TRUST CORE MSCI ETF IEFA | A | Int./Div. | J | T | | | | | |
| 42. ISHARES CORE MSCI EMERGING ETF IEMG | A | Int./Div. | J | T | | | | | |
| 43. MFS New DIsc Value Fund NDVIX | A | Int./Div. | J | T | | | | | |
| 44. Metropolitan West Total Ret MWTIX | A | Int./Div. | J | T | | | | | |
| 45. Principal RE SEC Inst PIREX | | None | J | T | | | | | |
| 46. Vanguard RE ETF VNQ | | None | J | T | | | | | |
| 47. PIMCO Total ret. PTTPX | A | Int./Div. | J | T | | | | | |
| 48. Loomis Sayles Gr. LSGRX | C | Int./Div. | K | T | | | | | |
| 49. Emerald Growth FGROX | A | Int./Div. | J | T | | | | | |
| 50. IISIX | | None | | | Sold | 04/09/20 | J | | loss |
| 51. BIICX | | None | | | Sold | 04/09/20 | J | | Loss |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. BHYIX | None | | | | Sold | 04/09/20 | J | | Loss |
| 53. Alliance Bernstein Disc Value (A IRA) | | | | | | | | | see part VIII |
| 54. Mass Mutual (H) | | | | | | | | | |
| 55. Mass Mutual Annuity -- MML Equity | None | | | | Sold | 10/07/20 | J | | transfer within MassMu |
| 56. MML Opp Global Strategic Income | None | | | | Sold | 09/28/20 | J | | transfer within MassMu |
| 57. Mass Mutual Annuity -- Opp Global | None | | | | Sold | 10/06/20 | J | | transfer within MassMu |
| 58. Mass Mutual Annuity -- Opp Main Street Small Cap | None | J | T | | | | | | |
| 59. Mass Mutual Annuity -- Opp Main Street | None | J | T | | Sold (part) | 09/15/20 | J | | trasfer within MassMu |
| 60. MassMu Opp Disc MidCap | None | | | | Sold | 10/08/20 | J | | transfer within MassMu |
| 61. MML US Gov't Money Market | None | J | T | | Buy (add'l) | 09/18/20 | J | | transfer within MassMu |
| 62. | | | | | Buy (add'l) | 09/25/20 | J | | transfer within MassMu |
| 63. MML Managed Bond | None | K | T | | Buy (add'l) | 09/25/20 | J | | transfer within MassMu |
| 64. | | | | | Buy (add'l) | 09/18/20 | J | | transfer within MassMu |
| 65. | | | | | Buy (add'l) | 09/16/20 | J | | transfer wthin MassMu |
| 66. | | | | | Buy (add'l) | 09/28/20 | J | | transfer within MassMu |
| 67. | | | | | Buy (add'l) | 09/29/20 | J | | transfer within MassMu |
| 68. | | | | | Buy (add'l) | 09/30/20 | J | | transfer within MassMu |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 10/1/20 | J | | trasfer within MassMu |
| 70. | | | | | Buy (add'l) | 10/06/20 | J | | trasfer within MassMu |
| 71. | | | | | Buy (add'l) | 10/07/20 | J | | transfer within MassMu |
| 72. | | | | | Buy (add'l) | 10/08/20 | J | | transfer within MassMu |
| 73. | | | | | Buy (add'l) | 10/14/20 | J | | transfer within MassMu |
| 74. MML Blend | None | | | | Sold | 09/16/20 | J | | transfer within MassMu |
| 75. Invesco Opp Gov't Money | None | J | T | | Buy | 09/25/20 | J | | |
| 76. SCHOLARS EDGE (H) | | | | | | | | | |
| 77. Principal Blue Chip Portfolio | None | J | T | | Sold (part) | 7/28/20 | J | A | |
| 78. Aggressive Portfolio | None | K | T | | Sold (part) | 1/15/20 | J | | rollover to NY 529 line123 |
| 79. | | | | | Sold (part) | 1/23/20 | J | | rollover to NY 529 line123 |
| 80. | | | | | Sold (part) | 01/02/20 | J | A | |
| 81. | | | | | Sold (part) | 7/28/20 | J | A | |
| 82. Moderate Portfolio fka 60 | None | J | T | | | | | | |
| 83. | | | | | | | | | |
| 84. Vanguard Mid Cap Index | None | J | T | | | | | | |
| 85. Principal SystematEx Int'l Portfolio | None | J | T | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87.   Merrill Lynch (H) | | | | | | | | | |
| 88.   AMZN | | None | J | T | Sold<br>(part) | 01/31/20 | J | B | |
| 89. | | | | | Sold<br>(part) | 08/18/20 | J | B | |
| 90. | | | | | Sold<br>(part) | 09/20/20 | J | B | |
| 91.   APPL | A | Dividend | | | Sold | 05/05/20 | J | B | |
| 92.   CVS | A | Dividend | J | T | Sold<br>(part) | 11/05/20 | J | | loss |
| 93.   DIS | A | Dividend | J | T | Sold<br>(part) | 08/05/20 | J | A | |
| 94.   DUNKIN | | None | | | Buy | 03/11/20 | J | | |
| 95. | | | | | Buy<br>(add'l) | 03/17/20 | J | | |
| 96. | | | | | Sold<br>(part) | 06/03/20 | J | A | |
| 97. | | | | | Sold<br>(part) | 08/27/20 | J | B | |
| 98. | | | | | Sold | 12/28/20 | J | C | |
| 99.   Eli Lilly | A | Dividend | J | T | Buy | 12/03/20 | J | | |
| 100.   FB | | None | | | Sold<br>(part) | 08/19/20 | J | B | |
| 101. | | | | | Sold | 08/25/20 | J | B | |
| 102.   GOOGL | | None | | | Sold<br>(part) | 09/02/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 11/05/20 | J | B | |
| 104. GRPN | | None | J | T | Sold (part) | 12/09/20 | J | A | |
| 105. | | | | | Sold (part) | 04/28/20 | J | | loss |
| 106. | | | | | Sold (part) | 06/08/20 | J | A | |
| 107. JETBLUE | | None | J | T | Buy | 03/30/20 | J | | |
| 108. | | | | | Sold (part) | 05/27/20 | J | | loss |
| 109. NYT | A | Dividend | J | T | Sold (part) | 10/06/20 | J | A | |
| 110. ORCL | A | Dividend | | | Sold (part) | 08/25/20 | J | A | |
| 111. | | | | | Sold | 10/07/20 | J | | |
| 112. PFIZER | | None | J | T | Buy | 11/18/20 | J | | |
| 113. SIEGY | A | Dividend | | | Sold | 04/07/20 | J | A | loss |
| 114. LUV | A | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 115. | | | | | Buy (add'l) | 04/10/20 | J | | |
| 116. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 117. | | | | | Sold (part) | 08/04/20 | J | | loss |
| 118. | | | | | Sold (part) | 11/09/20 | J | A | |
| 119. Planet Fitness | | None | | | Buy | 03/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold | 06/03/20 | J | C | |
| 121. Stryker | | None | | | Buy | 04/01/20 | J | | |
| 122. | | | | | Sold | 09/02/20 | J | B | |
| 123. NY 529 (H) | | | | | | | | | |
| 124. Aggressive Growth Port. | | None | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 125. | | | | | Sold<br>(part) | 01/24/20 | J | A | |
| 126. Mid Cap Stock Port. | | None | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 127. | | | | | Sold<br>(part) | 01/24/20 | J | A | |
| 128. Small Cap Stock Port. | | None | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 129. | | | | | Sold<br>(part) | 01/24/20 | J | A | |
| 130. Growth port | | None | J | T | Sold<br>(part) | 01/16/20 | J | A | |
| 131. Mod Growth Port | | None | J | T | Sold<br>(part) | 01/24/20 | J | A | |
| 132. MISC. ASSETS (H) | | | | | | | | | |
| 133. Belt West Funding Corp raw land in Dallas County | | None | J | U | | | | | |
| 134. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 135. State of Israel savings bond | A | Interest | K | T | Redeemed<br>(part) | 3/1/20 | J | A | Mazel Tov bond |
| 136. Energy East common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Justice Federal cash bank accounts | A | Int./Div. | L | T | | | | | |
| 138. Wells Fargo checking acct | A | Interest | J | T | | | | | |
| 139. US treasuries | A | Interest | K | T | | | | | |
| 140. AMERICAN GENERAL IRA and de minimus common stock | A | Int./Div. | J | T | | | | | |
| 141. INVESCO-AL (H) | | | | | | | | | |
| 142. Opp Main Street MSIGX | B | Int./Div. | K | T | Buy (add'l) | 11/02/20 | J | | reallocatoin within Invesc |
| 143. Opp Discovery OPOCX | D | Int./Div. | L | T | Buy (add'l) | 11/2/20 | J | | reallocation within Invesc |
| 144. Opp Main St Mid Cap OPMSX | A | Int./Div. | J | T | Sold (part) | 11/2/20 | J | | reallocation within INvesc |
| 145. Opp Disc Mid Cap Gr (b) OEGAX | B | Int./Div. | K | T | Buy (add'l) | 11/02/20 | J | | reallocation within Invesc |
| 146. | | | | | Sold (part) | 10/01/20 | J | | reallocation within INvesc |
| 147. | | | | | Sold (part) | 11/30/20 | J | | erallocation within Invesc |
| 148. Opp Equity Inc. OAEIX | A | Int./Div. | | | Sold | 04/17/20 | J | | reallocation within Invesc |
| 149. Opp Rising Divs (b) OARDX | A | Int./Div. | J | T | Buy (add'l) | 11/02/20 | J | | reallocation within Invesc |
| 150. OFI Main St Small Cap OSCAX | A | Int./Div. | J | T | Buy (add'l) | 11/02/20 | J | | reallocation within Invesc |
| 151. Opp Global Focus GLVAX | B | Int./Div. | K | T | Buy (add'l) | 11/02/20 | J | | reallocation within Invesc |
| 152. OFI Intl Small Mid OSMAX | | None | | | Sold | 11/02/20 | J | | reallocation within Invesc |
| 153. OFI IntL; Diversity OIDAX | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. OFI Port Series Growth OAAIX | | None | | | Buy (add'l) | 02/06/20 | J | | reallocation within Invesc |
| 155. | | | | | Sold | 11/02/20 | J | | reallocation within Invesc |
| 156. OFI Cap App OPTFX | A | Int./Div. | J | T | Buy (add'l) | 10/01/20 | J | | reallocation within Invesc |
| 157. | | | | | Buy (add'l) | 11/30/20 | J | | reallocation within Invesc |
| 158. OFI Global Opp OPGIX | B | Int./Div. | J | T | Sold (part) | 02/06/20 | J | | reallocation within Invesc |
| 159. | | | | | Sold (part) | 10/01/20 | J | | reallocation within Invesc |
| 160. | | | | | Buy (add'l) | 11/30/20 | J | | reallocation within Invesc |
| 161. OFI Intl Growth OIGAX | A | Int./Div. | J | T | Buy (add'l) | 02/06/20 | J | | reallocation within Invesc |
| 162. Core Bond Fund (OPIGX) | A | Int./Div. | | | Buy | 10/01/20 | J | | reallocation within Invesc |
| 163. | | | | | Sold | 11/30/20 | J | | reallocation within Invesc |
| 164. Intermed Bond Factor (OFIAX) | A | Int./Div. | | | Buy | 10/01/20 | J | | reallocation within Invesc |
| 165. | | | | | Sold | 11/30/20 | J | | reallocation within Invesc |
| 166. Dividend Inc Fund (IAUTX) | A | Int./Div. | | | Buy | 04/17/20 | J | | reallocation within Invesc |
| 167. | | | | | Sold | 11/02/20 | J | | reallocation within Invesc |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Trust, Alan S.** | 09/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 53 Alliance Bernstein Discovery Value Fund (ABYSX) was sold 11/04/2019 but inadvertently misreported on the 2019 report. The sale amount was code K for a gain of code B.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544